ACCEPTED
05-15-01493-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
12/22/2015 8:30:49 AM
LISA MATZ
CLERK

CAUSE NO. 05-15-01493-CV

| | |
|---|---|
| MICHAEL GAY COOK, APPELLANT | IN THE COURT OF APPEALS |
| VS. | |
| CAROLINE D. COOK, APPELLEE | FIFTH DISTRICT OF TEXAS AT DALLAS |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
12/22/2015 8:30:49 AM
LISA MATZ
Clerk

## APPLICATION FOR TEMPORARY RESTRAINING ORDER

COMES NOW Appellant and files this Application for Temporary Restraining Order and would show unto this honorable Court the following matters to-wit:

1.     Appellant has been unable to post a supersedeas bond in this matter because a hearing has not been set for my Motion to Reduce Supersedeas Bond.  Until the supplemental record is received the Motion will not be heard and a lock out has been scheduled to occur prior to any hearing on the pending Motion.   A Writ of Possession has been served and the lock out is scheduled for Wednesday, December 23, 2015 at 9:00 a.m.  Appellant has not been able to secure a new place to live.  Appellant is elderly and has serious medical conditions, to include but not limited to Type 2 diabetes, below knee amputation of left leg and hypertension.  Removal from the premises before acquiring suitable accommodations will put Appellant's health at risk.

2.     Unless the Appellee is enjoined, Appellant will suffer probable harm which is imminent and irreparable.  More specifically, if not enjoined, Appellee may take legal action to evict or otherwise cause Appellant to be dispossessed of the Property.  Appellant has no adequate remedy at law because the subject matter is real property and any legal remedy of which Appellant may avail itself will not give it as complete, equal, adequate and final a remedy as the injunctive relief

herein sought.

3. Therefore, Plaintiff requests this Court issue a Temporary Restraining Order.

4. The granting of the relief requested is not inconsistent with public policy considerations.

PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that:

A. Court conduct a hearing on the Plaintiff's Application for Injunctive Relief;

B. A temporary restraining order be issued restraining the Appellee, its agents, employees, officers, directors, shareholders and legal counsel, and those acting in concert or in participation with them who receive actual notice of the Order, by personal service or otherwise, from enforcing a Writ of Possession or otherwise taking action to evict the Appellant from the real property which is the subject matter of this lawsuit.

Respectfully submitted this the 22nd day of December, 2015.

*Kerry L. Prisock*
Kerry L. Prisock
State Bar Number 24082005
Post Office Box 1051
Rockwall, Texas 75087
Telephone: 214-632-3823
Facsimile: 469-252-7496
kprisocklegal@sbcglobal.net
ATTORNEY FOR APPELLANT

MICHAEL GAY COOK,
APPELLANT

IN THE COURT OF APPEALS

VS.

CAROLINE D. COOK,
APPELLEE

FIFTH DISTRICT OF TEXAS AT
DALLAS

AFFIDAVIT OF FACT

STATE OF TEXAS
COUNTY OF ROCKWALL

Before me, the undersigned authority, on this day personally appeared Michael Gay Cook, known to me to be the person whose name is subscribed hereto and upon oath deposes and says that the following matters are true and correct as therein stated:

1. I have been unable to post a supersedeas bond in this matter because a hearing has not been set for my Motion to Reduce Supersedeas Bond. Until the supplemental record is received the Motion will not be heard and a lock out has been scheduled to occur prior to any hearing on my Motion.

2. A Writ of Possession has been served and the lock out is scheduled for Wednesday, December 23, 2015 at 9:00 a.m.

3. I have not been able to secure a new place to live. I am elderly and have serious medical conditions, to include but not limited to Type 2 diabetes, below knee amputation of left leg and hypertension. Removal from the premises before I can obtain suitable accommodations will put my health at risk.

4. Appellant has no other adequate remedy at law and the injunctive relief requested is the only complete, equal, adequate and final remedy available to Appellant.

This the 21st day of December, 2015.



Michael Gay Cook

Sworn to and subscribed before me this the 21st day of December 2015 by Michael Gay Cook.

_____

NOTARY PUBLIC

KERRY LEE PRISOCI
Notary Public
STATE OF TEXAS
My Comm. Exp. October 8, 2017